IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LIPSEY, | 1:08-cv-01726-SMS PC |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | (Motion#10) |
| Defendants. | THIRTY-DAY DEADLINE |

On March 16, 2009, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated: March 20, 2009**  /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE